UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CATHOLIC LEAGUE FOR RELIGIOUS AND CIVIL RIGHTS, DR. RICHARD SONNENSHEIN, and VALERIE MEEHAN,

Plaintiff(s),

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

Defendant(s).

CASE NO. C 06 2351

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Robert J. Muise, an active member in good standing of the bar of the Michigan Supreme Court (particular court to which applicant is admitted) whose business address and telephone number is THOMAS MORE LAW CENTER, 24 Frank Lloyd Wright Drive, P.O. Box 393, Ann Arbor, Michigan 48106, Tel: (734) 827-2001, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the above-named Plaintiffs;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 10, 2006

IT IS SO ORDERED
Judge Edward M. Chen

United States Magistrate Judge

Dockets.Justia.com