DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
SHERRI SOKELAND KAISER, State Bar #197986
Deputy City Attorneys
City Hall, Room 234
#1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4691
Facsimile:      (415) 554-4747
E-Mail:          sherri.sokeland.kaiser@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
AARON PESKIN and TOM AMMIANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CATHOLIC LEAGUE FOR RELIGIOUS AND CIVIL RIGHTS, DR. RICHARD SONNENSHEIN, and VALERIE MEEHAN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, AARON PESKIN, in his official capacity as President, Board of Supervisors, City and County of San Francisco, and TOM AMMIANO, in his official capacity as a Supervisor, Board of Supervisors, City and County of San Francisco,<br><br>Defendants. | Case No. C06-2351 MHP<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO BRING MOTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)** |
|---|---|

Plaintiffs served the defendants with the complaint in this matter on May 3, 2006. Defendants would like to bring a motion under Fed. R. Civ. P. 12(b)(6), but are unable to do so within the statutorily allotted 20-day period. Accordingly, the parties stipulate, pursuant to Civil L.R. 6-1(a), that defendants' time to file and serve their motion shall be extended through and including June 9, 2006. This stipulation does not affect any deadline previously set by the Court.

Dated: May 15, 2006

> DENNIS J. HERRERA
> City Attorney
> WAYNE K. SNODGRASS
> SHERRI SOKELAND KAISER
> Deputy City Attorneys
>
> By: /s/
> SHERRI SOKELAND KAISER
>
> Attorneys for Defendants
> CITY AND COUNTY OF SAN FRANCISCO,
> AARON PESKIN and TOM AMMIANO

Dated: May 15, 2006

> THOMAS MORE LAW CENTER
>
> By: /s/
> ROBERT J. MUISE
>
> Attorneys for Plaintiffs
> CATHOLIC LEAGUE FOR RELIGIOUS AND CIVIL RIGHTS

May 17, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA