DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
SHERRI SOKELAND KAISER, State Bar #197986
VINCE CHHABRIA, State Bare #208557
Deputy City Attorneys
City Hall, Room 234
#1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:      (415) 554-4674
Facsimile:      (415) 554-4699
E-Mail:         vince.chhabria@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
AARON PESKIN and TOM AMMIANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHOLIC LEAGUE FOR RELIGIOUS AND CIVIL RIGHTS, DR. RICHARD SONNENSHEIN, and VALERIE MEEHAN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, AARON PESKIN, in his official capacity as President, Board of Supervisors, City and County of San Francisco, and TOM AMMIANO, in his official capacity as a Supervisor, Board of Supervisors, City and County of San Francisco,<br><br>Defendants. | Case No. C06-2351 MHP<br><br>~~[PROPOSED]~~ ORDER GRANTING STIPULATED APPLICATION TO EXTEND TIME FOR DEFENDANTS TO BRING MOTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) |

The Stipulated Application to Extend Time for Defendants to Bring Motion Under Federal

Rule of Procedure 12(b)(6) is GRANTED. Defendants' motion shall be filed no later than August 14,

[PROPOSED] ORDER                                        1                          n:\govlit\li2006\061380\00385833.doc
Case No. C06-2351 MHP

1  2006.  Any opposition shall be filed no later than September 5, 2006.  Any reply shall be filed no later
2  than September 18, 2006.  A hearing on the motion shall be held on October 2, 2006 at 2:00 p.m.

IT IS SO ORDERED.

Dated:  July __7__, 2006



_____, PATEL
Judge Marilyn H. Patel

[PROPOSED] ORDER  
Case No. C06-2351 MHP

2

n:\govlit\li2006\061380\00385833.doc