Charles S. LiMandri, Esq. (SBN 110841)
THOMAS MORE LAW CENTER
Box 9120
Rancho Santa Fe, California 92067
Tel: (858) 759-9930; Fax: (858) 759-9938
climandri@limandri.com

Robert J. Muise, Esq.* (Mich. SBN P62849)
THOMAS MORE LAW CENTER
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, Michigan 48106
Tel: (734) 827-2001; Fax: (734) 930-7160
rmuise@thomasmore.org
*Admitted *pro hac vice*
Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHOLIC LEAGUE FOR RELIGIOUS AND CIVIL RIGHTS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. C-06-2351 MHP<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR EXEMPTION FROM PARTICIPATING IN ANY ADR PROCESS |

Upon the stipulated request of the parties for an exemption from participating in any ADR process and for good cause shown, the parties' request is hereby GRANTED. This case is exempt from participating in any ADR process.

**IT IS SO ORDERED.**

Dated: July 10, 2006

_____
HON. Judge Marilyn H. Patel
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
Case No. C-06-2351 MHP